UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Mag. Judge Case No. 03-1164-CBS |
| JERMALL ) | (N.D.N.Y. 03CR127) |
| ~~JAMAL~~ **BUTLER,** ) | |
| **Defendant** ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Joseph Saccardo, Deputy U.S. Marshal, do hereby make oath before the Honorable Charles B. Swartwood, III, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one JERMALL ~~Jamal~~ Butler on a failure to appear warrant filed in the Northern District of New York charging the defendant with failing to appear in court in a heroin prosecution, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

JOSEPH SACCARDO
Deputy U.S. Marshal
U.S. Marshal's Service

**Subscribed and sworn to before me this 30th day of September, 2003.**

CHARLES B. SWARTWOOD, III
United States Magistrate Judge