## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: September 30, 2003 |
| Courtroom Clerk: Roland | Tape Number: 03-63   Time In Court: ___ min |
| Case: USA v. Jermall Butler | Case Number: 03-1764- CBS |
| AUSA: Heinrich | Defense Counsel: Sorokin |
| PTSO/PO: Jay Bob | Interpreter: ___ Language: ___ |

### TYPE OF HEARING

| | |
|---|---|
| [X] **Initial Appearance**<br>[X] Arrested: [X] on warrant [ ] on probable cause<br>[ ] Defendant Sworn<br>[X] Advised of Charges<br>[X] Advised of Rights<br>[X] Requests Appointment of Counsel<br>[ ] Retained Counsel<br>[X] Court Orders Counsel be Appointed<br>[X] Government Requests Detention & Continuance | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts ___<br>[X] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District. Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Bail Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on unsecured bond with Conditions |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on ___ with conditions<br>[ ] Detention Taken Under Advisement<br><br>[ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released | [ ] **Miscellaneous Hearings**<br>[ ] Attorney Appointment Hearing<br>[ ] Change of Plea (Rule 11) Hearing<br>[ ] Material Witness Hearing<br>[ ] Motion Hearing<br>[ ] ___ Status Conference<br>[ ] Other ___ |

### CONTINUED PROCEEDINGS

Status Conference set for Oct. 10 at 9:30 a.m.

### REMARKS

Case called, Counsel and Defendant appear for initial appearance, Govt seeks detention. Defendant seeks continuance to explore Rule 20 plea. If Rule 20 plea is not feasible, then Defendant will waive detention and identity hearings and return to New York in custody of U.S. Marshals. Status conference to be held by telephone Dft remanded to the custody of the US Marshal