UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 03-1764-CBS |
| | ) |
| JERMALL BUTLER | ) |
| | ) |

FILED IN CLERK'S OFFICE
2003 OCT 20 P 2: 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

### ASSENT-TO MOTION TO FURTHER CONTINUE STATUS CONFERENCE

Defendant Jermall Butler moves this Court to further continue the status conference in this case until November 18, 2003 at 9:30 a.m. As grounds, counsel states that the additional time (as well as the time between the initial appearance and today) is necessary to try to resolve this case by way of a Rule 20 disposition. The AUSA in the Northern District of New York has indicated he has no objection to a Rule 20. The parties must now prepare the necessary paperwork. Defendant requests that the Court exclude from the Speedy Trial clock the time from his initial appearance through the November 18th conference as in the interests of justice.

AUSA Heinrich has indicated his assent to this motion.

JERMALL BUTLER
By his attorney,

Leo T. Sorokin
    B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Leo Sorokin, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Ted Heinrich by delivery on October 17, 2003.

                                                    Leo Sorokin