```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,
       Plaintiff,
v.
                             CR 03-1764-CBS

JERMALL BUTLER,
       Defendant,

### ORDER OF APPOINTMENT OF COUNSEL

September 30, 2003

SWARTWOOD, M.J.

It is hereby ORDERED that Leo Sorokin of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

By the Court:

/s/ Lisa B. Roland
Lisa B. Roland
Deputy Clerk