# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JERMALL BUTLER,<br>　　　Defendant, | CRIMINAL ACTION<br>NO. 03-1764-CBS<br>(See also, U.S. District<br>Court, Northern District<br>of New York,<br>Case No. 03-CR-127-LEK) |

### ORDER OF EXCLUDABLE TIME
### November 19, 2003

**SWARTWOOD, M.J.**

　　It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the entire period from September 30, 2003 (date of Mr. Butler's initial appearance in this Court in connection with this matter) through December 16, 2003 (date by which a Rule 20 transfer of this case to this District should be completed) shall be excluded from the Speedy Trial Act.

/S/CHARLES B. SWARTWOOD, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE