# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JERMALL BUTLER, )<br>      Defendant, )<br>) | **CRIMINAL ACTION<br>NO. 03-1764-CBS<br>(See, also, U.S. District<br>Court, Northern District<br>of New York,<br>Case No. 03-CR-127-LEK)** |

## ORDER OF EXCLUDABLE TIME
### December 30, 2003

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from December 16, 2003 (date of expiration of prior order of excludable time) through February 2, 2004 (date by which a Rule 20 transfer will be completed) shall be excluded from the Speedy Trial Act.

                                                         <u>/s/Charles B. Swartwood, III</u><br>
                                                         CHARLES B. SWARTWOOD, III<br>
                                                         MAGISTRATE JUDGE