# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL ACTION |
| vs. ) | NO. 03-1764-CBS |
| ) | (See also, U.S. District |
| JERMALL BUTLER, ) | Court, Northern District |
| Defendant, ) | of New York, |
| ) | Case No. 03-CR-127-LEK) |

### STATUS REPORT
### February 2, 2004

SWARTWOOD, M.J.

1. <u>Rule 20 Transfer</u>

Mr. Butler's counsel has requested additional time to complete the paperwork for a Rule 20 transfer of this case from the Northern District of New York to the District of Massachusetts. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on February 27, 2004, at 9:00 a.m., <u>in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

3. <u>Excludable Time</u>

With assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 2, 2004 (date of expiration of prior order of excludable time) through February 27,

2004 (date by which a Rule 20 transfer shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, May 7, 2004</u>.

<u>/S/CHARLES B. SWARTWOOD, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

2