UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JERMALL BUTLER,<br>     Defendant, | **CRIMINAL ACTION<br>NO. 03-1764-CBS<br>(See also, U.S. District<br>Court, Northern District<br>of New York,<br>Case No. 03-CR-127-LEK)** |

**ORDER OF EXCLUDABLE TIME**
February 2, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 2, 2004 (date of expiration of prior order of excludable time) through February 27, 2004 (date by which a Rule 20 transfer shall be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE