In the United States District Court

for the __Northern__ District of __New York__

United States of America

v.

JERMALL BUTLER

Criminal No. 03-CR-127

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __JERMALL BUTLER__, defendant, have been informed that a __Indictment 03-CR-127__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ to Count 1 of the Indictment pursuant to the plea agreement (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the _____

District of __Massachusetts__ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __February 7th, 2004__ at __Plymouth__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

_____
United States Attorney for the

District of __Massachusetts__

_____ Supervisory AUSA
for United States Attorney for the

District of __Northern__ __New York__

FORM USA-153
SFP 87