UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )   CRIMINAL ACTION
vs.                           )   NO. 04-10072-MLW[1]
                              )
JERMALL BUTLER,               )
        Defendant,            )
_____)
```

## FINAL STATUS REPORT
### March 16, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Wolf, J. to whom this case is assigned:

1. <u>Rule 20 Transfer</u>

This case has been transferred from the Northern District of New York to the District of Massachusetts and counsel for the parties have requested that the case be returned to Judge Wolf for a Rule 11 hearing.

2. <u>Excludable Time</u>

I have previously excluded from the Speedy Trial Act, the entire period from Mr. Butler's initial appearance in this

---

[1] This matter was originally before this Court on a Rule 40 Transfer (Criminal Action No. 03-1764-CBS) to the United States District Court for the Northern District of New York (Case No. 03-CR-127-LEK).

District on September 30, 2003 through February 27, 2004.  I am further excluding from the Speedy Trial Act, the period from February 27, 2004 (date of expiration of prior order of excludable time) through March 16, 2004  (date of filing of consent to transfer case to this District).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, May 25, 2004</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
