UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )   **CRIMINAL ACTION**
vs.                                )   **NO. 04-10072-MLW**
                                   )
JERMALL BUTLER,                    )
        Defendant,                 )
_____)


**ORDER OF EXCLUDABLE TIME**
**March 16, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 27, 2004 (date of expiration of prior order of excludable time) through March 16, 2004 (date of filing of consent to transfer case to this District) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

Case 1:04-cr-10072-MLW    Document 16    Filed 03/16/2004    Page 2 of 2