UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                **CRIMINAL CASE**

                                                 **NO. 04-10072-MLW**
              **V.**

**JERMALL BUTLER**
         Defendant(s)

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a Change of Plea Hearing on April 8, 2004 at 3:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                                 TONY ANASTAS
                                                 CLERK OF COURT

April 2, 2004                        By:   /s/ Dennis O'Leary
   Date                                    Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                   [ntchrgcnf.]
                                           [kntchrgcnf.]