UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                      **CRIMINAL CASE**

                                                       **NO. 04-10072-MLW**

V.

**JERMALL BUTLER**
            **Defendant(s)**

## NOTICE OF RESCHEDULING

**WOLF, D.J.**

The **SENTENCING HEARING** originally scheduled for **JUNE 1, 2004** at **4:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **JUNE 1, 2004** at **2:30 P.M.** in Courtroom # **10** on the **5th** floor. All filing deadlines will remain as outlined in the original sentencing procedural order (docket no. 19).

                                                       **TONY ANASTAS**
                                                       **CLERK OF COURT**

**May 17, 2004**                        By:   **/s/ Dennis O'Leary**
    Date                                      **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                                       [ntchrgcnf.]
                                                               [kntchrgcnf.]