UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CR01-10079
CASE NO. __CR04-10072__

United States of America
PLAINTIFF

Jermall Butler
DEFENDANT

Ted Heinrich

Leo Sorokin

COUNSEL FOR PLAINTIFF

COUNSEL FOR DEFENDANT

JUDGE__Wolf__          CLERK__O'Leary__          REPORTER__Gibbons__

CLERK'S NOTES

| DATES: | Sentencing/Final Revocation Hearing |
|---|---|
| 06/01/04 | Guidelines are as follows: TOL 15, CH VI, 41-51 months custody, 24-36 months supervised release, $4K- |
| | $40K fine and $100 special assessment fee.  Government recommends a sentence of 41months pursuant to |
| | the parties plea agreement.  Defendant joins in the government recommendation with a judicial |
| | recommendation to the 500 hour BOP drug program.  Formal sentencing  - 41 months custody with the |
| | recommendation that the defendant participate in the 500 hour drug program, 36 months supervised release |
| | on the standard conditions plus not possess a firearm or other dangerous weapon, participate in a drug |
| | treatment and testing program as proscribed by probation and must comply with the special conditions imposed |
| | in CR01-10079.  Court imposes no fine but does impose a mandatory $100 special assessment fee.  Court |
| | advises the defendant of his right to appeal and to counsel.  Government files a motion to dismiss count two |
| | of the indictment in court, which is allowed by the court.  Court now turns to the revocation proceeding in |
| | CR01-10079.  Defendant does not contest the violations.  Court finds that there is factual basis to revoke the |
| | defendant's supervised release and does the same.  Government recommends a sentence of 13 months to |
| | run concurrent to the sentence just imposed in CR04-10072.  Formal sentencing - 7 months custody to be |
| | concurrent with the sentence imposed in CR04-10072 followed by 29 months supervised release on the |
| | standard conditions plus not possess a firearm or other dangerous weapons, pay the balance of the restitution |
| | originally imposed by the court, no new credit lines or charges, provide access to financial information as |
| | requested by probation, substance abuse treatment/testing program and mental health program as prescribed |
| | by probation. |