UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10072-MLW |
| ) | |
| JERMALL BUTLER ) | |

### DISMISSAL OF JERMALL BUTLER
### FROM COUNT OF THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, by Assistant United States Attorney Theodore B. Heinrich, hereby dismisses the defendant JERMALL BUTLER from Count Two of the Indictment. In support of this dismissal, the government states that, pursuant to a plea agreement, JERMALL BUTLER has pleaded guilty to Count One of the Indictment and the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Theodore B. Heinrich
Assistant U.S. Attorney

Leave to File Granted:

_____
MARK L. WOLF, Judge
United States District Court

June 1, 2004