AO 442  (Rev 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of

UNITED STATES OF AMERICA

V.

JERMALL BUTLER

**WARRANT FOR ARREST**

Case Number: 04-10072-MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JERMALL BUTLER
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    x Supervised Release    ☐ Violation Notice
Violation Petition      Violation Petition   Violation

charging him or her with  (brief description of offense)
See attached petition

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  4/18/08

in violation of Title _____ United States Code, Section(s) _____

| Dennis O'Leary | /s/ Dennis O'Leary |
| --- | --- |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | April 16, 2008 - Boston, MA |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 4/16/08 | NAME AND TITLE OF ARRESTING OFFICER Jonathan Lemmy Dusm | SIGNATURE OF ARRESTING OFFICER J. |
| --- | --- | --- |
| DATE OF ARREST 4/18/08 | | |