UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10072

| United States | Jermall Butler |
|---|---|
| PLAINTIFF | DEFENDANT |

| William Trach | Daniel Cloherty |
|---|---|
| USPO Matthew Ball | |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|

JUDGE    Wolf            CLERK    O'Leary            REPORTER Hancock

CLERK'S NOTES

| DATES: | Revocation Hearing |
|---|---|
| 8/15/08 | Defendant sworn in and given a revocation colloquy by the court. Defendant admits to the 5 violations contained in the violation report. Government recommends a sentence of 6 months custody followed by 2 months in a residential release program followed by 30 months of supervised release. Defendant argues for a sentence of 4 months custody. Formal sentencing - Court revokes the defendant's supervised release and sentences him to 6 months custody followed by 30 months supervised release with the first two months in a community confinement center. The defendant's supervised release shall be on the standard conditions plus the special conditions that the defendant participate in a substance abuse treatment and testing program and shall contribute to the costs of the program based on the ability to pay or the availability of a third party payment. Defendant advised of his right to appeal and to counel. |