```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CR. NO. 04-10072-MLW |
| | ) |
| JERMALL BUTLER | ) |

<u>ORDER</u>

WOLF, D.J.                                                August 15, 2008

For the reasons stated in court on August 15, 2008, it is hereby ORDERED that:

1. Jermall Butler's term of Supervised Release is REVOKED.

2. Butler is sentenced to 6 months in the custody of the Attorney General, to be followed by a term of 30 months Supervised Release on the Standard Conditions and the following Special Conditions:

   a. Butler shall serve the first 2 months of his Supervised Release in a Residential Re-Entry Center as directed by the Probation Office, and abide by all rules of that program.

   b. Butler shall participate in a program for substance abuse as directed by the Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether he has reverted to the use of alcohol or drugs. Butler shall contribute to the costs of services for such treatment based on his ability to pay or the availability of third-party payment.

   c. Butler shall not possess a firearm or other dangerous

weapon.

                                                                    <u>   /s/ Mark L. Wolf   </u>
                                                                    UNITED STATES DISTRICT JUDGE